No error.

STATE OF NORTH CAROLINA v. JOHNNY DEE PHILSON

No. 7521SC29

(Filed 2 April 1975)

APPEAL by defendant from *Exum, Judge.* Judgments entered 25 September 1974 in Superior Court, FORSYTH County. Heard in the Court of Appeals 19 March 1975.

*Attorney General Edmisten, by Assistant Attorney General Charles R. Hassell, Jr., for the State.*

*Powell, Keiger, James & Parrish, by Harrell Powell, Jr., and Carl F. Parrish, for the defendant.*

BROCK, Chief Judge, PARKER and ARNOLD, Judges.

No error.